UNITED STATES DISTRICT COURT

**DISTRICT OF NEVADA**

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>v.<br>STEWART GIBSON<br>    Defendant. | 2:10-CR-00309-PMP-LRL<br><br>**ORDER** |

The Court having read and considered Defendant Gibson's Motion to Correct Sentence (Doc. #19) filed August 17, 2011, Plaintiff's Response thereto (Doc. #20) filed August 25, 2011 and Defendant's Reply (Doc. #21) filed August 30, 2011, and good cause appearing,

**IT IS ORDERED** that Defendant Gibson's Motion to Correct Sentence (Doc. #19) is **DENIED**.

DATED: September 6, 2011.

_____
PHILIP M. PRO
United States District Judge